```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 00092
   CHARLES M HUGHES JR
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8787

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/03/2008 and was not confirmed.

     The case was dismissed without confirmation 05/14/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG          .00            .00            .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE      24919.70           .00            .00
AMERICREDIT FINANCIAL SV  UNSECURED           8387.01           .00            .00
GLOBAL PAYMENTS           UNSECURED         NOT FILED           .00            .00
GLOBAL PAYMENTS           UNSECURED         NOT FILED           .00            .00
VILLAGE OF FOREST PARK    UNSECURED            150.00           .00            .00
DEBRA J VORHIES LEVINE    DEBTOR ATTY            .00                           .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                            500.00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  500.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                  500.00
                       -----------       -----------
TOTALS                   500.00                500.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/16/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```